| Check# 3871 | Emp # 103 | CHRISTINE ANN HAGEN | | SSN: 168-64-XXXX | Status: S0 | P.E. Date: 01/24/20 | Ck Date: 01/31/20 |
|---|---|---|---|---|---|---|---|

Rate:9.00

| | HOURS | CHK AMT | YTD | TAXES | CHK AMT | YTD | DEDUCTIONS | CHK AMT | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG | 23.50 | 211.50 | 400.50 | FED IT | 13.84 | 37.67 | Childcare | 34.00 | 68.00 |
| | | | | FICA/MED | 16.18 | 45.59 | | | |
| | | | | PA IT | 6.49 | 18.29 | | | |
| | | | | SUCI/SDI | 0.13 | 0.38 | | | |
| | | | | BRISRES IT | 1.06 | 2.99 | | | |
| | | | | BRISLST | 1.00 | 3.00 | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 211.50 | 596.00 |
| Taxes | 38.70 | 107.90 |
| Deductions | 34.00 | 68.00 |
| Net Pay | 138.80 | 420.10 |

Processed by Payroll Service Solutions, L.L.C. for EARLY CHILDHOOD EDUCATORS OF PENNSYLVANIA

**EARLY CHILDHOOD EDUCATORS**    TD BANK    3-180/360
OF PENNSYLVANIA
1200 VETERANS HIGHWAY
BRISTOL, PA 19007

| DATE | 01/31/20 |
|---|---|
| CHECK # | 3871 |

| AMOUNT | $138.80 |
|---|---|

Pay Exactly:    *ONE HUNDRED THIRTY-EIGHT & 80/100 DOLLARS*

PAY
TO THE
ORDER OF:
**CHRISTINE ANN HAGEN
23 VERDANT ROAD
LEVITTOWN, PA 19057–**

⑈003871⑈ ⑆03600⑆1808⑆ 1⑆77704693⑈

| Check# 3854 | | Emp # 103 | | CHRISTINE ANN HAGEN | | | SSN: 168-64-XXXX | | Status: S0 | | P.E. Date: 01/17/20 | | Ck Date: 01/24/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rate:9.00 | | | | TAXES | | | DEDUCTIONS | | | | | | |
| | HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD | | | | |
| REG | 21.00 | 189.00 | 189.00 | FED IT | 11.59 | 23.83 | Childcare | 34.00 | 34.00 | | | | |
| | | | | FICA/MED | 14.46 | 29.41 | | | | | | | |
| | | | | PA IT | 5.80 | 11.80 | | | | | | | |
| | | | | SUCI/SDI | 0.11 | 0.23 | | | | | | | |
| | | | | BRISRES IT | 0.95 | 1.93 | | | | | | | |
| | | | | BRISLST | 1.00 | 2.00 | | | | | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 189.00 | 384.50 |
| Taxes | 33.91 | 69.20 |
| Deductions | 34.00 | 34.00 |
| Net Pay | 121.09 | 281.30 |

Processed by Payroll Service Solutions, L.L.C. for EARLY CHILDHOOD EDUCATORS OF PENNSYLVANIA

---

**EARLY CHILDHOOD EDUCATORS**          TD BANK                        3-180/360
OF PENNSYLVANIA
1200 VETERANS HIGHWAY
BRISTOL, PA 19007

| DATE | 01/24/20 |
|---|---|
| CHECK # | 3854 |

| AMOUNT | $121.09 |
|---|---|

Pay Exactly:          *ONE HUNDRED TWENTY-ONE & 09/100 DOLLARS*

*Second week*

PAY
TO THE          **CHRISTINE ANN HAGEN**
ORDER OF:       **23 VERDANT ROAD**
                **LEVITTOWN, PA 19057-**

| Check # 3837 | Emp. # 103 | | CHRISTINE ANN HAGEN | | | SSN: 168-64-XXXX | Status: S0 | | P.E. Date: 01/10/20 | | Ck Date: 01/17/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rate:8.50 | | | TAXES | | | | DEDUCTIONS | | | | |
| | HOURS | CHK AMT | YTD | | CHK AMT | YTD | | CHK AMT | YTD | | |
| REG | 23.00 | 195.50 | 195.50 | FED IT | 12.24 | 12.24 | | | | | |
| | | | | FICA/MED | 14.95 | 14.95 | | | | | |
| | | | | PA IT | 6.00 | 6.00 | | | | | |
| | | | | SUCI/SDI | 0.12 | 0.12 | | | | | |
| | | | | BRISRES IT | 0.98 | 0.98 | | | | | |
| | | | | BRISLST | 1.00 | 1.00 | | | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 195.50 | 195.50 |
| Taxes | 35.29 | 35.29 |
| Deductions | 0.00 | 0.00 |
| Net Pay | 160.21 | 160.21 |

Processed by Payroll Service Solutions, L.L.C. for EARLY CHILDHOOD EDUCATORS OF PENNSYLVANIA

---

**EARLY CHILDHOOD EDUCATORS**   TD BANK   3-180/360
OF PENNSYLVANIA
1200 VETERANS HIGHWAY
BRISTOL, PA 19007

| | |
|---|---|
| DATE | 01/17/20 |
| CHECK # | 3837 |
| AMOUNT | $160.21 |

Pay Exactly:   *ONE HUNDRED SIXTY & 21/100 DOLLARS*

PAY
TO THE
ORDER OF:   **CHRISTINE ANN HAGEN**
**23 VERDANT ROAD**
**LEVITTOWN, PA 19057-**

⑁003837⑁ ⑁036001808⑁ 4277704693⑁

First week
Jan 6-10 Paid 17th
2020

# EARLY CHILDHOOD EDUCATORS

## Earnings Statement

Client #: 2768     Start Date: 01/04/2019     End Date: 11/08/2019     Printed: 11/04/2019

### 95: CHRISTINE A HAGEN, 23 VERDANT ROAD, LEVITTOWN, PA 19057- SSN: 168-64-XXXX
Check# 3496, Dated: 09/06/2019, PED: 08/30/2019

| | | REGULAR | OVERTIME | VACATION | PERSONAL | SICK | HOLIDAY | OTHER | GROSS |
|---|---|---|---|---|---|---|---|---|---|
| Rate 1: 7.2500 | Hours | 22.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 22.50 |
| | Pay | 163.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 163.13 |

| FEDERAL | E.I.C. | FICA | MEDICARE | STATE | S.D.I. | LOCAL | Childca | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 10.11 | 2.37 | 5.01 | 0.10 | 1.82 | 34.00 | | 109.72 |

### 95: CHRISTINE A HAGEN, 23 VERDANT ROAD, LEVITTOWN, PA 19057- SSN: 168-64-XXXX
Check# 3512, Dated: 09/13/2019, PED: 09/06/2019

| | | REGULAR | OVERTIME | VACATION | PERSONAL | SICK | HOLIDAY | OTHER | GROSS |
|---|---|---|---|---|---|---|---|---|---|
| Rate 1: 7.2500 | Hours | 21.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 21.25 |
| | Pay | 154.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 154.06 |

| FEDERAL | E.I.C. | FICA | MEDICARE | STATE | S.D.I. | LOCAL | Childca | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 9.55 | 2.23 | 4.73 | 0.09 | 1.77 | 34.00 | | 101.69 |

### 95: CHRISTINE A HAGEN, 23 VERDANT ROAD, LEVITTOWN, PA 19057- SSN: 168-64-XXXX
Check# 3530, Dated: 09/20/2019, PED: 09/13/2019

| | | REGULAR | OVERTIME | VACATION | PERSONAL | SICK | HOLIDAY | OTHER | GROSS |
|---|---|---|---|---|---|---|---|---|---|
| Rate 1: 7.2500 | Hours | 21.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 21.25 |
| | Pay | 154.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 154.06 |

| FEDERAL | E.I.C. | FICA | MEDICARE | STATE | S.D.I. | LOCAL | Childca | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 9.55 | 2.23 | 4.73 | 0.09 | 1.77 | 34.00 | | 101.69 |

### 95: CHRISTINE A HAGEN, 23 VERDANT ROAD, LEVITTOWN, PA 19057- SSN: 168-64-XXXX
Check# 3548, Dated: 09/27/2019, PED: 09/20/2019

| | | REGULAR | OVERTIME | VACATION | PERSONAL | SICK | HOLIDAY | OTHER | GROSS |
|---|---|---|---|---|---|---|---|---|---|
| Rate 1: 7.2500 | Hours | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 25.00 |
| | Pay | 181.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 181.25 |

| FEDERAL | E.I.C. | FICA | MEDICARE | STATE | S.D.I. | LOCAL | Childca | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 11.24 | 2.63 | 5.56 | 0.11 | 1.91 | 34.00 | | 125.80 |

### 95: CHRISTINE A HAGEN, 23 VERDANT ROAD, LEVITTOWN, PA 19057- SSN: 168-64-XXXX
Check# 3566, Dated: 10/04/2019, PED: 09/27/2019

| | | REGULAR | OVERTIME | VACATION | PERSONAL | SICK | HOLIDAY | OTHER | GROSS |
|---|---|---|---|---|---|---|---|---|---|
| Rate 1: 7.2500 | Hours | 21.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 21.00 |
| | Pay | 152.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 152.25 |

| FEDERAL | E.I.C. | FICA | MEDICARE | STATE | S.D.I. | LOCAL | Childca | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 9.44 | 2.21 | 4.67 | 0.09 | 1.76 | 34.00 | | 100.08 |

### 95: CHRISTINE A HAGEN     Totals for Period

| | | REGULAR | OVERTIME | VACATION | PERSONAL | SICK | HOLIDAY | OTHER | GROSS |
|---|---|---|---|---|---|---|---|---|---|
| Rate 1 | Hours | 264.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 264.00 |
| | Pay | 1914.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1914.01 |

| FEDERAL | E.I.C. | FICA | MEDICARE | STATE | S.D.I. | LOCAL | Childca | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 118.67 | 27.75 | 58.76 | 1.16 | 20.59 | 448.00 | | 1239.08 |

# EARLY CHILDHOOD EDUCATORS

## Earnings Statement

| Client #: 2768 | Start Date: 01/04/2019 | End Date: 11/08/2019 | Printed: 11/04/2019 |
|---|---|---|---|

---

**95: CHRISTINE A HAGEN, 23 VERDANT ROAD, LEVITTOWN, PA 19057- SSN: 168-64-XXXX**
**Check# 3377, Dated: 07/26/2019, PED: 07/19/2019**

| | | REGULAR | OVERTIME | VACATION | PERSONAL | SICK | HOLIDAY | OTHER | GROSS |
|---|---|---|---|---|---|---|---|---|---|
| Rate 1: 7.2500 | Hours | 29.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 29.50 |
| | Pay | 213.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 213.88 |

| FEDERAL | E.I.C. | FICA | MEDICARE | STATE | S.D.I. | LOCAL | | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 13.26 | 3.10 | 6.57 | 0.13 | 2.07 | | | 188.75 |

---

**95: CHRISTINE A HAGEN, 23 VERDANT ROAD, LEVITTOWN, PA 19057- SSN: 168-64-XXXX**
**Check# 3403, Dated: 08/02/2019, PED: 07/26/2019**

| | | REGULAR | OVERTIME | VACATION | PERSONAL | SICK | HOLIDAY | OTHER | GROSS |
|---|---|---|---|---|---|---|---|---|---|
| Rate 1: 7.2500 | Hours | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 25.00 |
| | Pay | 181.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 181.25 |

| FEDERAL | E.I.C. | FICA | MEDICARE | STATE | S.D.I. | LOCAL | Childca | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 11.24 | 2.63 | 5.56 | 0.11 | 1.91 | 70.00 | | 89.80 |

---

**95: CHRISTINE A HAGEN, 23 VERDANT ROAD, LEVITTOWN, PA 19057- SSN: 168-64-XXXX**
**Check# 3422, Dated: 08/09/2019, PED: 08/02/2019**

| | | REGULAR | OVERTIME | VACATION | PERSONAL | SICK | HOLIDAY | OTHER | GROSS |
|---|---|---|---|---|---|---|---|---|---|
| Rate 1: 7.2500 | Hours | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 30.00 |
| | Pay | 217.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 217.50 |

| FEDERAL | E.I.C. | FICA | MEDICARE | STATE | S.D.I. | LOCAL | Childca | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 13.49 | 3.15 | 6.68 | 0.13 | 2.09 | 70.00 | | 121.96 |

---

**95: CHRISTINE A HAGEN, 23 VERDANT ROAD, LEVITTOWN, PA 19057- SSN: 168-64-XXXX**
**Check# 3441, Dated: 08/16/2019, PED: 08/09/2019**

| | | REGULAR | OVERTIME | VACATION | PERSONAL | SICK | HOLIDAY | OTHER | GROSS |
|---|---|---|---|---|---|---|---|---|---|
| Rate 1: 7.2500 | Hours | 26.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 26.50 |
| | Pay | 192.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 192.13 |

| FEDERAL | E.I.C. | FICA | MEDICARE | STATE | S.D.I. | LOCAL | Childca | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 11.91 | 2.79 | 5.90 | 0.12 | 1.96 | 70.00 | | 99.45 |

---

**95: CHRISTINE A HAGEN, 23 VERDANT ROAD, LEVITTOWN, PA 19057- SSN: 168-64-XXXX**
**Check# 3460, Dated: 08/23/2019, PED: 08/16/2019**

| | | REGULAR | OVERTIME | VACATION | PERSONAL | SICK | HOLIDAY | OTHER | GROSS |
|---|---|---|---|---|---|---|---|---|---|
| Rate 1: 7.2500 | Hours | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 20.00 |
| | Pay | 145.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 145.00 |

| FEDERAL | E.I.C. | FICA | MEDICARE | STATE | S.D.I. | LOCAL | Childca | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 8.99 | 2.10 | 4.45 | 0.09 | 1.73 | 34.00 | | 93.64 |

---

**95: CHRISTINE A HAGEN, 23 VERDANT ROAD, LEVITTOWN, PA 19057- SSN: 168-64-XXXX**
**Check# 3478, Dated: 08/30/2019, PED: 08/23/2019**

| | | REGULAR | OVERTIME | VACATION | PERSONAL | SICK | HOLIDAY | OTHER | GROSS |
|---|---|---|---|---|---|---|---|---|---|
| Rate 1: 7.2500 | Hours | 22.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 22.00 |
| | Pay | 159.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 159.50 |

| FEDERAL | E.I.C. | FICA | MEDICARE | STATE | S.D.I. | LOCAL | Childca | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 9.89 | 2.31 | 4.90 | 0.10 | 1.80 | 34.00 | | 106.50 |