# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                          Chapter 13

    CHRISTINE ANN HAGEN                                     Bankruptcy No. 20-10708-AMC

    23 VERDANT ROAD

    LEVITTOWN, PA 19057-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    CHRISTINE ANN HAGEN

    23 VERDANT ROAD

    LEVITTOWN, PA 19057-

**Counsel for debtor(s), by electronic notice only.**
    TOVA WEISS
    BLITSHTEIN & WEISS P.C.
    648 2ND STREET PIKE
    SOUTHAMPTON, PA 18966

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 6/18/2020                                                                                    /s/ William C. Miller

                                                                              _____
                                                                              William C. Miller, Esquire
                                                                              Chapter 13 Standing Trustee