# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re **Christine Ann Hagen** | Case No. | **20-10708** |
| Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on **October 28, 2020**, a copy of Amended Chapter 13 Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Credit Acceptance Corporation**
25505 W. 12 MIle Road
Southfield , MI 48034

**Bridgequest Credit Company**
P.O. Box 29018
Phoenix, AZ 85038

**Merrick Bank**
**Resurgent Capital Services**
P.O. Box 10368
Greenville, SC 29603

**LVNV Funding**
**Resurgent Captial Services**
P.O. Box 10587
Greenville, SC 29603

**Okinus, INc.**
P.O. Box 691
Pelham, GA 31779

**Portfolio Recovery Associates**
P.O. Box 41067
Norfolk, VA 23541

**Quantum 3 Group**
P.O. Box 788
Kirkland, WA 99083

**MIdland FUnding**
P.O. Box 2011
Warren, MI 48090

**Pennsylvania HOuisng Finance Agency**
211 North Front Street
Harrisburg,PA 17101

**Scolopax**
c/o Weinstein & Riley
2001 Western Avenue, Suite 400
Seattle, WA 98121

**West Creek Financial**
P.O. Box 5518
Glan Allen, VA 23058

/s/ Tova Weiss
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**

**Southampton, PA 18966**
**215-364-4900Fax:215-364-8050**
**weiss@lawyersbw.com**