United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-10708-amc
Christine Ann Hagen  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 4
Date Rcvd: Nov 02, 2020      Form ID: 152      Total Noticed: 77

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine Ann Hagen, 23 Verdant Road, Levittown, PA 19057-4203 |
| 14462265 | | Aaron's Lease to Own Furniture, 8136 Frankford Avenue, Amesbury, MA 01913 |
| 14462267 | | Advanced Call Center Technologies, LLC, P.O. Box 9091, Gray, TN 37615-9091 |
| 14462271 | + | Allstate Insurance Co., P.O. Box 660598, Dallas, TX 75266-0598 |
| 14462273 | | Asset Recovery Solutions, LLC, 2200 E. Devon Avenue, Suite 200, Des Plaines, IL 60018-4501 |
| 14462275 | | Barclay Bank of Delaware, P.O. Box 8833, Wilmington, DE 19899-8833 |
| 14462276 | + | Berks CO DRS, 633 Court Street FL 6, Reading, PA 19601-4324 |
| 14467541 | | Bridgecrest credit company, LLC, PO Box 29018 Phoenix AZ 85038 |
| 14462329 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Verve Mastercard, P.O. Box 8099, Newark, DE 19714-8099 |
| 14462284 | + | Crest Financial, 1401 N. Cedar Crest Blvd, Allentown, PA 18104-2324 |
| 14462285 | + | Department of Labor & Industry, Altoona UC Service Center, 1101 Green Avenue, Altoona, PA 16601-3474 |
| 14462288 | + | FBCS, Inc., 330 S. Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 14462289 | | First Savings Credit Card, P.O Box 5019, Sioux Falls, SD 57117-5019 |
| 14462290 | + | FirstSource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14462291 | | Geddington/WebBank, P.O. Box 166, Newark, NJ 07101-0166 |
| 14462293 | + | Image Auto Sales, 3780 Bristol Pike, Bensalem, PA 19020-4808 |
| 14462294 | + | Law Offices of Harvey Abramson, P.C, 86 Buck Road, Holland, PA 18966-1711 |
| 14462303 | + | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14462299 | + | Mid America- Milestone Mastercard, P.O. Box 84059, Columbus, GA 31908-4059 |
| 14462300 | + | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 14462302 | + | Monarch Recovery Mangagement, Inc., P.O. Box 986, Bensalem, PA 19020-0986 |
| 14462304 | + | NCB Management Services, Inc., P.O. Box 1099, Langhorne, PA 19047-6099 |
| 14462305 | | Northstar Location Services, LLC, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 14462306 | + | Office of Inspector General, Claim Accounting Section, P.O. Box 8032, Harrisburg, PA 17105-8032 |
| 14462311 | | PGAC of Ohio, P.O. Box 305076, Nashville, TN 37230-5076 |
| 14462313 | + | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230-3180 |
| 14462309 | + | Pennsylvania Auto Credit, 164 Lincoln Highway Suite 103, Fairless Hills, PA 19030-1000 |
| 14474320 | + | Pennsylvania Housing Finance Agency, c/o Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14462312 | | Phillips & Cohen Associates, Ltd., Mail Stop: 145, 1002 Justinson Street, Wilmington, DE 19801-5148 |
| 14462319 | + | RMS, P.O. Box 361625, Columbus, OH 43236-1625 |
| 14462316 | + | Radiant Global Solutions, 50 W. Skippack Pike, Ambler, PA 19002-5151 |
| 14462317 | + | Radius Global Solutions LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14462318 | + | Ratchford Law Group, P.C., 409 Lackawanna Avenue, Suite 320, Scranton, PA 18503-2062 |
| 14462320 | + | Safe Auto Insurance, 4 Easton Oval, Columbus, OH 43219-6010 |
| 14462321 | + | Six Flags Theme Parks, c/o Associated Credit Services, Inc., 115 Flanders Road, Suite 140 P.O. Box 5171, Westborough, MA 01581-1087 |
| 14462322 | | Sprint, P.O. Box 629023, El Dorado Hills, CA 95762-9023 |
| 14462325 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Tempoe, LLC, 720 E. Pete Rose Way, Suite 400, Cincinnati, OH 45202 |
| 14462324 | + | Tate & Kirlin Associates, Inc., Suite 240, 580 Middletown Blvd., Langhorne, PA 19047-1876 |
| 14462326 | + | The YMCA Fairless HIlls, 601 S. Oxford Valley Road, Fairless Hills, PA 19030-3901 |
| 14462330 | + | WebBarnk, c/o LVNV Funding & First Source Advantge, P.O. Box 628, Buffalo, NY 14240-0628 |

Case 20-10708-amc   Doc 36   Filed 11/04/20   Entered 11/05/20 00:53:34   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: Adminstra | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 02, 2020 | Form ID: 152 | Total Noticed: 77 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 03 2020 02:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 03 2020 02:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 03 2020 02:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14462268 | + Email/Text: kristin.villneauve@allianceoneinc.com | Nov 03 2020 02:54:00 | Alliance One Receivables Management, Inc, 4850 Street Road, Suite 300, Feasterville Trevose, PA 19053-6643 |
| 14462269 | + Email/Text: banko@acsnv.com | Nov 03 2020 02:55:00 | Allied Collection Services, Inc., 3080 S. Durango Drive, Las Vegas, NV 89117-9194 |
| 14462274 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 03 2020 02:55:00 | Bankcard Services, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 14462277 | + Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Nov 03 2020 02:55:00 | Bridgecrest, 7300 E. Hampton Avenue, Mesa, AZ 85209-3324 |
| 14462282 | Email/Text: ebnnotifications@creditacceptance.com | Nov 03 2020 02:54:00 | Credit Acceptance Corporation, 25505 W.12 Mile Road, Southfield, MI 48034 |
| 14462278 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 03 2020 02:05:34 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14462279 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 03 2020 02:02:10 | Carson Smithfield, LLC, P.O. Box 9216, Old Bethpage, NY 11804-9016 |
| 14462280 | Email/Text: jessicajones@cpcrecovery.com | Nov 03 2020 02:55:00 | Central Portfolio Control, 10249 Yellow Drive, Suite 200, Minnetonka, MN 55343 |
| 14462281 | Email/Text: documentfiling@lciinc.com | Nov 03 2020 02:54:00 | Comcast, P.O. Box 3001, Southeastern, PA 19398-3001 |
| 14462283 | + Email/Text: bankruptcy_notifications@ccsusa.com | Nov 03 2020 02:55:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14462286 | Email/Text: bknotice@ercbpo.com | Nov 03 2020 02:54:00 | ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 14462287 | + Email/Text: bankruptcy@erieinsurance.com | Nov 03 2020 02:55:00 | Erie Insurance Exchange, 100 Erie Insuance Place, Erie, PA 16530-0001 |
| 14462292 | + Email/Text: bankruptcy@affglo.com | Nov 03 2020 02:54:00 | Global Credit & Collection Corp, 5440 N. Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |
| 14462295 | + Email/Text: ebn@ltdfin.com | Nov 03 2020 02:54:00 | LTD Financial Services, 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134 |
| 14468863 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2020 02:03:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14462296 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2020 02:03:50 | LVNV, LLC, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14468794 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 03 2020 02:02:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14462297 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 03 2020 02:05:35 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 14462298 | + Email/Text: bknotices@totalcardinc.com | Nov 03 2020 02:54:00 | Mid America Bank and Trust, 5109 S Broadband |

Case 20-10708-amc   Doc 36   Filed 11/04/20   Entered 11/05/20 00:53:34   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: Adminstra | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 02, 2020 | Form ID: 152 | Total Noticed: 77 |

| | | | | |
|---|---|---|---|---|
| | | | | Lane, Sioux Falls, SD 57108-2208 |
| 14462301 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 03 2020 02:54:00 | Midland Credit Management, Inc, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14487632 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 03 2020 02:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14462307 | + | Email/Text: ABENTLEY@OKINUS.COM | Nov 03 2020 02:54:00 | Okinus,Inc., P.O. Box 691, Pelham, GA 31779-0691 |
| 14462308 | + | Email/Text: bankruptcy@oliphantfinancial.com | Nov 03 2020 02:54:00 | Oliphant Financial Group LLC, 2601 Cattlemen Road, Suite 300, Sarasota, FL 34232-6231 |
| 14462314 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 03 2020 02:03:49 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14481787 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 03 2020 02:05:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14493507 | + | Email/Text: blegal@phfa.org | Nov 03 2020 02:54:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14462310 | | Email/Text: blegal@phfa.org | Nov 03 2020 02:54:00 | Pennsylvania Housing Finance Agency, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 14462315 | + | Email/Text: ecfbankruptcy@progleasing.com | Nov 03 2020 02:54:00 | Progressive Leasing, 256 Data Drive, Draper, UT 84020-2315 |
| 14487600 | | Email/Text: bnc-quantum@quantum3group.com | Nov 03 2020 02:54:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14462266 | | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2020 02:02:09 | R' US Credit Card/SYNCB, P.O. Box 530938, Atlanta, GA 30353-0938 |
| 14493619 | + | Email/Text: bncmail@w-legal.com | Nov 03 2020 02:54:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 14462323 | | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2020 02:05:34 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14462328 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 03 2020 02:54:00 | Verizon, P.O. Box 25505, Lehigh Valley, PA 18002-5505 |
| 14462331 | + | Email/Text: inchargehq@westcreekfin.com | Nov 03 2020 02:55:00 | West Creek Financial, P.O. Box 5518, Glen Allen, VA 23058-5518 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14462327 | | Trusted Cash Now |
| 14462270 | ##+ | Allied Interstate, P.O. Box 361445, Columbus, OH 43236-1445 |
| 14462272 | ##+ | Alpha Recovery Corp, 5660 Greenwood Plaza Blvd., Suite 101, Greenwood Village, CO 80111-2417 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 4 of 4 |
| Date Rcvd: Nov 02, 2020 | Form ID: 152 | Total Noticed: 77 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2020                           Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2020 at the address(es) listed below:**

**Name**      **Email Address**

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

REBECCA ANN SOLARZ
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

TOVA WEISS
    on behalf of Debtor Christine Ann Hagen weiss@lawyersbw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Christine Ann Hagen
    Debtor(s)

Case No: 20−10708−amc

Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 1/5/21 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court

34 − 25
Form 152