# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Christine Ann Hagen**                                               Case No.  **20-10708**
                         Debtor(s)                                           Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on  **January 6, 2021**, a copy of counsel's Application for Compensation was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Credit Acceptance Corporation**
**25505 W. 12 MIle Road**
**Southfield , MI 48034**

**Bridgequest Credit Company**
**P.O. Box 29018**
**Phoenix, AZ 85038**

**Merrick Bank**
**Resurgent Capital Services**
**P.O. Box 10368**
**Greenville, SC 29603**

**LVNV Funding**
**Resurgent Captial Services**
**P.O. Box 10587**
**Greenville, SC 29603**

**Okinus, INc.**
**P.O. Box 691**
**Pelham, GA 31779**

**Portfolio Recovery Associates**
**P.O. Box 41067**
**Norfolk, VA 23541**

**Quantum 3 Group**
**P.O. Box 788**
**Kirkland, WA 99083**

**MIdland FUnding**
**P.O. Box 2011**
**Warren, MI 48090**

**Pennsylvania HOuisng Finance Agency**
**211 North Front Street**
**Harrisburg,PA 17101**

**Scolopax**
**c/o Weinstein & Riley**
**2001 Western Avenue, Suite 400**
**Seattle, WA 98121**

**West Creek Financial**
**P.O. Box 5518**
**Glan Allen, VA 23058**

                                                            **/s/ Tova Weiss**
                                                            **Tova Weiss**
                                                            **Blitshtein & Weiss**
                                                            **648 2nd Street Pike**
                                                            **Southampton, PA 18966**

**215-364-4900 Fax: 215-364-8050**
**weiss@lawyersbw.com**