United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10708-amc |
| Christine Ann Hagen | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4

Date Rcvd: Jan 05, 2021      Form ID: 155      Total Noticed: 75

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine Ann Hagen, 23 Verdant Road, Levittown, PA 19057-4203 |
| 14462265 | | Aaron's Lease to Own Furniture, 8136 Frankford Avenue, Amesbury, MA 01913 |
| 14462267 | | Advanced Call Center Technologies, LLC, P.O. Box 9091, Gray, TN 37615-9091 |
| 14462271 | + | Allstate Insurance Co., P.O. Box 660598, Dallas, TX 75266-0598 |
| 14462273 | | Asset Recovery Solutions, LLC, 2200 E. Devon Avenue, Suite 200, Des Plaines, IL 60018-4501 |
| 14462275 | | Barclay Bank of Delaware, P.O. Box 8833, Wilmington, DE 19899-8833 |
| 14462276 | + | Berks CO DRS, 633 Court Street FL 6, Reading, PA 19601-4324 |
| 14467541 | | Bridgecrest credit company, LLC, PO Box 29018 Phoenix AZ 85038 |
| 14462329 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Verve Mastercard, P.O. Box 8099, Newark, DE 19714-8099 |
| 14462284 | + | Crest Financial, 1401 N. Cedar Crest Blvd, Allentown, PA 18104-2324 |
| 14462285 | + | Department of Labor & Industry, Altoona UC Service Center, 1101 Green Avenue, Altoona, PA 16601-3474 |
| 14462288 | + | FBCS, Inc., 330 S. Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 14462289 | | First Savings Credit Card, P.O Box 5019, Sioux Falls, SD 57117-5019 |
| 14462290 | + | FirstSource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14462291 | | Geddington/WebBank, P.O. Box 166, Newark, NJ 07101-0166 |
| 14462293 | + | Image Auto Sales, 3780 Bristol Pike, Bensalem, PA 19020-4808 |
| 14571427 | + | LAW OFFICES OF HARVEY ABRAMSON PC, 86 BUCK RD, Holland, PA 18966-1711 |
| 14462294 | + | Law Offices of Harvey Abramson, P.C, 86 Buck Road, Holland, PA 18966-1711 |
| 14462303 | + | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14462299 | + | Mid America- Milestone Mastercard, P.O. Box 84059, Columbus, GA 31908-4059 |
| 14462300 | + | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 14462302 | + | Monarch Recovery Mangagement, Inc., P.O. Box 986, Bensalem, PA 19020-0986 |
| 14462304 | + | NCB Management Services, Inc., P.O. Box 1099, Langhorne, PA 19047-6099 |
| 14462305 | | Northstar Location Services, LLC, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 14462306 | + | Office of Inspector General, Claim Accounting Section, P.O. Box 8032, Harrisburg, PA 17105-8032 |
| 14462311 | | PGAC of Ohio, P.O. Box 305076, Nashville, TN 37230-5076 |
| 14462309 | + | Pennsylvania Auto Credit, 164 Lincoln Highway Suite 103, Fairless Hills, PA 19030-1000 |
| 14474320 | + | Pennsylvania Housing Finance Agency, c/o Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14462312 | | Phillips & Cohen Associates, Ltd., Mail Stop: 145, 1002 Justinson Street, Wilmington, DE 19801-5148 |
| 14462319 | + | RMS, P.O. Box 361625, Columbus, OH 43236-1625 |
| 14462316 | + | Radiant Global Solutions, 50 W. Skippack Pike, Ambler, PA 19002-5151 |
| 14462317 | + | Radius Global Solutions LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14462318 | + | Ratchford Law Group, P.C., 409 Lackawanna Avenue, Suite 320, Scranton, PA 18503-2062 |
| 14462320 | + | Safe Auto Insurance, 4 Easton Oval, Columbus, OH 43219-6010 |
| 14462321 | + | Six Flags Theme Parks, c/o Associated Credit Services, Inc., 115 Flanders Road, Suite 140 P.O. Box 5171, Westborough, MA 01581-1087 |
| 14462322 | | Sprint, P.O. Box 629023, El Dorado Hills, CA 95762-9023 |
| 14462325 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Tempoe, LLC, 720 E. Pete Rose Way, Suite 400, Cincinnati, OH 45202 |
| 14462324 | + | Tate & Kirlin Associates, Inc., Suite 240, 580 Middletown Blvd., Langhorne, PA 19047-1876 |
| 14462326 | + | The YMCA Fairless HIlls, 601 S. Oxford Valley Road, Fairless Hills, PA 19030-3901 |
| 14462330 | + | WebBarnk, c/o LVNV Funding & First Source Advantge, P.O. Box 628, Buffalo, NY 14240-0628 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14462268 | + Email/Text: kristin.villneauve@allianceoneinc.com | Jan 06 2021 02:46:00 | Alliance One Receivables Management, Inc, 4850 Street Road, Suite 300, Feasterville Trevose, PA 19053-6643 |
| 14462269 | + Email/Text: banko@acsnv.com | Jan 06 2021 02:46:00 | Allied Collection Services, Inc., 3080 S. Durango Drive, Las Vegas, NV 89117-9194 |
| 14462274 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 06 2021 02:47:00 | Bankcard Services, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 14462277 | + Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Jan 06 2021 02:46:00 | Bridgecrest, 7300 E. Hampton Avenue, Mesa, AZ 85209-3324 |
| 14462282 | Email/Text: ebnnotifications@creditacceptance.com | Jan 06 2021 02:46:00 | Credit Acceptance Corporation, 25505 W.12 Mile Road, Southfield, MI 48034 |
| 14462278 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 06 2021 02:20:13 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14462279 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 06 2021 02:20:15 | Carson Smithfield, LLC, P.O. Box 9216, Old Bethpage, NY 11804-9016 |
| 14462280 | Email/Text: jessicajones@cpcrecovery.com | Jan 06 2021 02:46:00 | Central Portfolio Control, 10249 Yellow Drive, Suite 200, Minnetonka, MN 55343 |
| 14462281 | Email/Text: documentfiling@lciinc.com | Jan 06 2021 02:46:00 | Comcast, P.O. Box 3001, Southeastern, PA 19398-3001 |
| 14462283 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jan 06 2021 02:47:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14462286 | Email/Text: bknotice@ercbpo.com | Jan 06 2021 02:46:00 | ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 14462287 | + Email/Text: bankruptcy@erieinsurance.com | Jan 06 2021 02:47:00 | Erie Insurance Exchange, 100 Erie Insuance Place, Erie, PA 16530-0001 |
| 14462292 | + Email/Text: bankruptcy@affglo.com | Jan 06 2021 02:46:00 | Global Credit & Collection Corp, 5440 N. Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |
| 14462295 | + Email/Text: ebn@ltdfin.com | Jan 06 2021 02:46:00 | LTD Financial Services, 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134 |
| 14468863 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2021 02:20:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14462296 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2021 02:20:19 | LVNV, LLC, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14468794 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 06 2021 02:20:16 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14462297 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 06 2021 02:23:52 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 14462298 | + Email/Text: bknotices@totalcardinc.com | Jan 06 2021 02:46:00 | Mid America Bank and Trust, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 14462301 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 06 2021 02:46:00 | Midland Credit Management, Inc, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14487632 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 06 2021 02:46:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14462307 | + Email/Text: ABENTLEY@OKINUS.COM | Jan 06 2021 02:46:00 | Okinus,Inc., P.O. Box 691, Pelham, GA 31779-0691 |
| 14462308 | + Email/Text: bankruptcy@oliphantfinancial.com | Jan 06 2021 02:46:00 | Oliphant Financial Group LLC, 2601 Cattlemen |

Case 20-10708-amc    Doc 48    Filed 01/07/21    Entered 01/08/21 00:57:05    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 05, 2021 | Form ID: 155 | Total Noticed: 75 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Road, Suite 300, Sarasota, FL 34232-6231 |
| 14462313 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 06 2021 02:46:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 14462314 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 06 2021 02:16:25 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14481787 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 06 2021 02:20:14 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14493507 | + | Email/Text: blegal@phfa.org | Jan 06 2021 02:46:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14462310 | | Email/Text: blegal@phfa.org | Jan 06 2021 02:46:00 | Pennsylvania Housing Finance Agency, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 14462315 | + | Email/Text: ecfbankruptcy@progleasing.com | Jan 06 2021 02:46:00 | Progressive Leasing, 256 Data Drive, Draper, UT 84020-2315 |
| 14487600 | | Email/Text: bnc-quantum@quantum3group.com | Jan 06 2021 02:46:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14462266 | | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2021 02:16:25 | R' US Credit Card/SYNCB, P.O. Box 530938, Atlanta, GA 30353-0938 |
| 14493619 | + | Email/Text: bncmail@w-legal.com | Jan 06 2021 02:46:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 14462323 | | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2021 02:16:25 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14462328 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 06 2021 02:46:00 | Verizon, P.O. Box 25505, Lehigh Valley, PA 18002-5505 |
| 14462331 | + | Email/Text: inchargehq@westcreekfin.com | Jan 06 2021 02:47:00 | West Creek Financial, P.O. Box 5518, Glen Allen, VA 23058-5518 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14462327 | | Trusted Cash Now |
| 14462270 | ##+ | Allied Interstate, P.O. Box 361445, Columbus, OH 43236-1445 |
| 14462272 | ##+ | Alpha Recovery Corp, 5660 Greenwood Plaza Blvd., Suite 101, Greenwood Village, CO 80111-2417 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2021        Signature:        /s/Joseph Speetjens

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Jan 05, 2021 | Form ID: 155 | Total Noticed: 75

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:**

**Name**     **Email Address**

JACK K. MILLER
on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

LEON P. HALLER
on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

REBECCA ANN SOLARZ
on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

TOVA WEISS
on behalf of Debtor Christine Ann Hagen weiss@lawyersbw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Christine Ann Hagen
    Debtor(s)

Chapter: 13
Bankruptcy No: 20−10708−amc

___

## *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this January 5, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Ashely M. Chan
    Judge ,
    United States Bankruptcy Court

40
Form 155