# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Christine Ann Hagen**                                                               Case No.  **20-10708**
Debtor(s)                                                                                          Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **January 21, 2021**, a copy of counsel's Application for Compensation was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Christine Hagen
23 Verdant Road
Levittown, PA 19057**

**/s/ Tova Weiss
Tova Weiss
Blitshtein & Weiss
648 2nd Street Pike
Southampton, PA 18966
215-364-4900 Fax:215-364-8050
weiss@lawyersbw.com**