# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Christine Ann Hagen**                                                                 Case No.  **20-10708**
                                        Debtor(s)                                              Chapter   **13**

## Certificate of No Response

I, Tova Weiss, counsel for Debtor, Christine Ann Hagen, do hereby certify that no response or objection has been received by me for Application for Compensation filed on January 6, 2021.

Dated: February 4, 2021

/s/Tova Weiss
Tova Weiss, Esquire
Attorney I.D. 74015
Blitshtein & Weiss, P.C.
648 2nd Street Pike
Southampton, PA 18966
215-364-4900
Attorney for Debtor(s)