# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Christine Ann Hagen**　　　　　　　　　　　　　　　　Case No.  **20-10708**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **13**

## ORDER

AND NOW, on this _____ day of _____, 2021, upon consideration of the Application for Compensation, notice, opportunity for hearing, and certification of no objection, counsel fees to Tova Weiss, Esquire, are allowed in the following amounts

　　Total Fee Award……………………………………………………….$4,250.00
　　Court costs already paid:……………………………………………$310.00
　　Total Expense(s) cost……………………………………………….$0
　　Attorney Fee already paid by Debtor……………………………….$2,025.00
　　Net Amount to be Paid by Trustee………....………………………..$2,225.00

The net amount is to be paid by the Trustee to Tova Weiss, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____
　　　　　　　　　　J.

**Date: February 5, 2021**