United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christine Ann Hagen  
    Debtor

Case No. 20-10708-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 05, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Christine Ann Hagen, 23 Verdant Road, Levittown, PA 19057-4203 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| TOVA WEISS | on behalf of Debtor Christine Ann Hagen weiss@lawyersbw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

District/off: 0313-2　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Feb 05, 2021　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　Total Noticed: 1

WILLIAM C. MILLER, Esq.
　　　　　　　　　ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 7

# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | **Christine Ann Hagen** | Case No. | **20-10708** |
| | Debtor(s) | Chapter | **13** |

### ORDER

AND NOW, on this _____ day of _____, 2021, upon consideration of the Application for Compensation, notice, opportunity for hearing, and certification of no objection, counsel fees to Tova Weiss, Esquire, are allowed in the following amounts

    Total Fee Award………………………………………………………$4,250.00
    Court costs already paid:……………………………………………$310.00
    Total Expense(s) cost…………………………………………………$0
    Attorney Fee already paid by Debtor………………………………$2,025.00
    Net Amount to be Paid by Trustee………...…………………………$2,225.00

The net amount is to be paid by the Trustee to Tova Weiss, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____
                           J.

**Date: February 5, 2021**