Certificate Number: 02921-PAE-DE-037236427

Bankruptcy Case Number: 20-10708



02921-PAE-DE-037236427

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 6, 2023</u>, at <u>3:02</u> o'clock <u>PM CST</u>, <u>Christine Hagen</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Counseling Center</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 6, 2023</u>          By:  <u>/s/Jamie Lehman</u>

                                  Name:  <u>Jamie Lehman</u>

                                  Title:  <u>Counselor</u>