United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10708-amc |
| Christine Ann Hagen | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 12, 2023 | Form ID: 138OBJ | Total Noticed: 76 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine Ann Hagen, 23 Verdant Road, Levittown, PA 19057-4203 |
| 14462265 | | Aaron's Lease to Own Furniture, 8136 Frankford Avenue, Amesbury, MA 01913 |
| 14462271 | + | Allstate Insurance Co., P.O. Box 660598, Dallas, TX 75266-0598 |
| 14462272 | + | Alpha Recovery Corp, 5660 Greenwood Plaza Blvd., Suite 101, Greenwood Village, CO 80111-2416 |
| 14462276 | + | Berks CO DRS, 633 Court Street FL 6, Reading, PA 19601-4324 |
| 14467541 | | Bridgecrest credit company, LLC, PO Box 29018 Phoenix AZ 85038 |
| 14462284 | + | Crest Financial, 1401 N. Cedar Crest Blvd, Allentown, PA 18104-2324 |
| 14462285 | + | Department of Labor & Industry, Altoona UC Service Center, 1101 Green Avenue, Altoona, PA 16601-3474 |
| 14462291 | | Geddington/WebBank, P.O. Box 166, Newark, NJ 07101-0166 |
| 14571427 | + | LAW OFFICES OF HARVEY ABRAMSON PC, 86 BUCK RD, Holland, PA 18966-1711 |
| 14462294 | + | Law Offices of Harvey Abramson, P.C., 86 Buck Road, Holland, PA 18966-1711 |
| 14462306 | + | Office of Inspector General, Claim Accounting Section, P.O. Box 8032, Harrisburg, PA 17105-8032 |
| 14462311 | | PGAC of Ohio, P.O. Box 305076, Nashville, TN 37230-5076 |
| 14462309 | + | Pennsylvania Auto Credit, 164 Lincoln Highway Suite 103, Fairless Hills, PA 19030-1000 |
| 14474320 | + | Pennsylvania Housing Finance Agency, c/o Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14462319 | + | RMS, P.O. Box 361625, Columbus, OH 43236-1625 |
| 14462316 | + | Radiant Global Solutions, 50 W. Skippack Pike, Ambler, PA 19002-5151 |
| 14462318 | + | Ratchford Law Group, P.C., 409 Lackawanna Avenue, Suite 320, Scranton, PA 18503-2062 |
| 14462320 | + | Safe Auto Insurance, 4 Easton Oval, Columbus, OH 43219-6010 |
| 14493619 | + | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 14462325 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Tempoe, LLC, 720 E. Pete Rose Way, Suite 400, Cincinnati, OH 45202 |
| 14462326 | + | The YMCA Fairless HIlls, 601 S. Oxford Valley Road, Fairless Hills, PA 19030-3901 |
| 14462330 | + | WebBarnk, c/o LVNV Funding & First Source Advantge, P.O. Box 628, Buffalo, NY 14240-0628 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 12 2023 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 12 2023 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14462267 | ^ | MEBN | Apr 12 2023 23:30:15 | Advanced Call Center Technologies, LLC, P.O. Box 9091, Gray, TN 37615-9091 |
| 14462268 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Apr 12 2023 23:31:00 | Alliance One Receivables Management, Inc, 4850 Street Road, Suite 300, Feasterville Trevose, PA |

Case 20-10708-amc  Doc 64  Filed 04/14/23  Entered 04/15/23 00:27:18  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: 138OBJ | Total Noticed: 76 |

| | | | | |
|---|---|---|---|---|
| | | | | 19053-6643 |
| 14462269 | + | Email/Text: banko@acsnv.com | Apr 12 2023 23:32:00 | Allied Collection Services, Inc., 3080 S. Durango Drive, Las Vegas, NV 89117-9194 |
| 14462273 | ^ | MEBN | Apr 12 2023 23:30:15 | Asset Recovery Solutions, LLC, 2200 E. Devon Avenue, Suite 200, Des Plaines, IL 60018-4501 |
| 14462274 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 12 2023 23:32:00 | Bankcard Services, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 14462275 | | Email/Text: BarclaysBankDelaware@tsico.com | Apr 12 2023 23:32:00 | Barclay Bank of Delaware, P.O. Box 8833, Wilmington, DE 19899-8833 |
| 14462277 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 12 2023 23:32:00 | Bridgecrest, 7300 E. Hampton Avenue, Mesa, AZ 85209-3324 |
| 14462329 | | Email/Text: cfcbackoffice@contfinco.com | Apr 12 2023 23:31:00 | Verve Mastercard, P.O. Box 8099, Newark, DE 19714-8099 |
| 14462282 | | Email/Text: ebnnotifications@creditacceptance.com | Apr 12 2023 23:31:00 | Credit Acceptance Corporation, 25505 W.12 Mile Road, Southfield, MI 48034 |
| 14462278 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 12 2023 23:43:25 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14462279 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 12 2023 23:43:30 | Carson Smithfield, LLC, P.O. Box 9216, Old Bethpage, NY 11804-9016 |
| 14462280 | | Email/Text: jessicaoehrlein@cpcrecovery.com | Apr 12 2023 23:32:00 | Central Portfolio Control, 10249 Yellow Drive, Suite 200, Minnetonka, MN 55343 |
| 14462281 | | Email/Text: documentfiling@lciinc.com | Apr 12 2023 23:31:00 | Comcast, P.O. Box 3001, Southeastern, PA 19398-3001 |
| 14462283 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 12 2023 23:32:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14462286 | | Email/Text: bknotice@ercbpo.com | Apr 12 2023 23:32:00 | ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 14462287 | + | Email/Text: bankruptcy@erieinsurance.com | Apr 12 2023 23:32:00 | Erie Insurance Exchange, 100 Erie Insuance Place, Erie, PA 16530-0001 |
| 14462288 | | Email/Text: bknotices@fbcs-inc.com | Apr 12 2023 23:31:00 | FBCS, Inc., 330 S. Warminster Road, Suite 353, Hatboro, PA 19040 |
| 14462289 | | Email/Text: BNSFS@capitalsvcs.com | Apr 12 2023 23:31:00 | First Savings Credit Card, P.O Box 5019, Sioux Falls, SD 57117-5019 |
| 14462290 | + | Email/Text: crdept@na.firstsource.com | Apr 12 2023 23:32:00 | FirstSource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14462292 | + | Email/Text: bankruptcy@affglo.com | Apr 12 2023 23:32:00 | Global Credit & Collection Corp, 5440 N. Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |
| 14462295 | + | Email/Text: ebn@ltdfin.com | Apr 12 2023 23:32:00 | LTD Financial Services, 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134 |
| 14468863 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2023 23:43:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14462296 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2023 23:43:26 | LVNV, LLC, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14468794 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 12 2023 23:43:26 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14462303 | ^ | MEBN | Apr 12 2023 23:30:15 | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14462297 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 12 2023 23:43:37 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 14462298 | + | Email/Text: bknotices@totalcardinc.com | | |

Case 20-10708-amc    Doc 64    Filed 04/14/23    Entered 04/15/23 00:27:18    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: 138OBJ | Total Noticed: 76 |

| | | | |
|---|---|---|---|
| 14462299 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 12 2023 23:32:00    Mid America Bank and Trust, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 14462300 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 12 2023 23:32:00    Mid America- Milestone Mastercard, P.O. Box 84059, Columbus, GA 31908-4059 |
| 14462301 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 12 2023 23:32:00    Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 14487632 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 12 2023 23:32:00    Midland Credit Management, Inc, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14462302 | + | Email/Text: compliance@monarchrm.com | Apr 12 2023 23:32:00    Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| | | | Apr 12 2023 23:31:00    Monarch Recovery Manggement, Inc., P.O. Box 986, Bensalem, PA 19020-0986 |
| 14462304 | ^ | MEBN | Apr 12 2023 23:30:15    NCB Management Services, Inc., P.O. Box 1099, Langhorne, PA 19047-6099 |
| 14462305 | ^ | MEBN | Apr 12 2023 23:30:15    Northstar Location Services, LLC, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 14462307 | + | Email/Text: ABENTLEY@OKINUS.COM | Apr 12 2023 23:31:00    Okinus,Inc., P.O. Box 691, Pelham, GA 31779-0691 |
| 14462308 | + | Email/Text: bankruptcy@oliphantfinancial.com | Apr 12 2023 23:32:00    Oliphant Financial Group LLC, 2601 Cattlemen Road, Suite 300, Sarasota, FL 34232-6231 |
| 14462313 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 12 2023 23:31:00    PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 14462314 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 12 2023 23:43:36    Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14481787 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 12 2023 23:43:25    Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14493507 | + | Email/Text: blegal@phfa.org | Apr 12 2023 23:32:00    Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14462310 | | Email/Text: blegal@phfa.org | Apr 12 2023 23:32:00    Pennsylvania Housing Finance Agency, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 14462312 | | Email/Text: pcabkt@phillips-cohen.com | Apr 12 2023 23:31:00    Phillips & Cohen Associates, Ltd., Mail Stop: 145, 1002 Justinson Street, Wilmington, DE 19801-5148 |
| 14462315 | + | Email/Text: ecfbankruptcy@progleasing.com | Apr 12 2023 23:32:00    Progressive Leasing, 256 Data Drive, Draper, UT 84020-2315 |
| 14487600 | | Email/Text: bnc-quantum@quantum3group.com | Apr 12 2023 23:32:00    Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14462266 | | Email/PDF: gecsedi@recoverycorp.com | Apr 12 2023 23:43:25    R' US Credit Card/SYNCB, P.O. Box 530938, Atlanta, GA 30353-0938 |
| 14462317 | + | Email/Text: ngisupport@radiusgs.com | Apr 12 2023 23:31:00    Radius Global Solutions LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14462322 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Apr 12 2023 23:43:30    Sprint, P.O. Box 629023, El Dorado Hills, CA 95762-9023 |
| 14493619 | + | Email/Text: bncmail@w-legal.com | Apr 12 2023 23:32:00    Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 14462323 | | Email/PDF: gecsedi@recoverycorp.com | Apr 12 2023 23:43:25    Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14462324 | ^ | MEBN | Apr 12 2023 23:30:15    Tate & Kirlin Associates, Inc., Suite 240, 580 Middletown Blvd., Langhorne, PA 19047-1876 |
| 14462328 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 12 2023 23:31:00    Verizon, P.O. Box 25505, Lehigh Valley, PA |

Case 20-10708-amc    Doc 64    Filed 04/14/23    Entered 04/15/23 00:27:18    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: 138OBJ | Total Noticed: 76 |

| 14462331 | + Email/Text: inchargehq@westcreekfin.com | Apr 12 2023 23:32:00 | 18002-5505<br>West Creek Financial, P.O. Box 5518, Glen Allen, VA 23058-5518 |

TOTAL: 54

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14462327 | | Trusted Cash Now |
| 14462270 | ##+ | Allied Interstate, P.O. Box 361445, Columbus, OH 43236-1445 |
| 14462293 | ##+ | Image Auto Sales, 3780 Bristol Pike, Bensalem, PA 19020-4808 |
| 14462321 | ##+ | Six Flags Theme Parks, c/o Associated Credit Services, Inc., 115 Flanders Road, Suite 140 P.O. Box 5171, Westborough, MA 01581-1087 |

TOTAL: 1 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| TOVA WEISS | on behalf of Debtor Christine Ann Hagen weiss@lawyersbw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Christine Ann Hagen
    Debtor(s)

Case No: 20−10708−amc
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/12/23

63 − 56
Form 138OBJ